No. 00–5392. GRIFFIN *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–5393. HOLMAN *v.* STEGALL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–5394. HAMPTON *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–5396. DEBRUIN *v.* YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–5397. STEVENS *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 00–5398. SPERRY *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 00–5399. WHITE *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5400. BARNES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–5401. CEBALLOS-MUNOZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–5403. REDMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–5404. LOPEZ RELLS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 00–5405. SUFFECOOL *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 00–5406. KESZENHEIMER *v.* USAA LIFE INSURANCE CO. C. A. 5th Cir. Certiorari denied.

No. 00–5407. ANTONIO JAVIER ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.